IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  No. 09-cr-20202-STA |
| | ) |
| BRIAN McMACKIN, | ) |
| | ) |
|     Defendant. | ) |

ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL
WITHOUT PREJUDICE

Before the Court is Defendant Brian McMackin's Motion for Appointment of Counsel (ECF No. 32) filed December 16, 2020. Defendant requests appointment of counsel, apparently to assist him in pursuing a sentence reduction based on the ongoing COVID-19 pandemic. On January 8, 2021, the Court denied Defendant's motion for sentence reduction without prejudice, holding that Defendant had not made an individualized showing to demonstrate why COVID-19 poses a particularized risk to himself. In light of the denial of Defendant's motion, the Court finds that Defendant is not entitled to appointment of counsel at this time. The Motion is **DENIED** but without prejudice to renew the request upon some change in Defendant's circumstances.

    IT IS SO ORDERED.

                                          s/ S. Thomas Anderson
                                          S. THOMAS ANDERSON
                                          CHIEF UNITED STATES DISTRICT JUDGE

                                          Date: March 30, 2021